United States District Court
For the District of Columbia

Curtis E. Crawford
DCDC # 169-884
Reg. 10620-007
1901 D Street, S.E.
Washington, D.C. 20003
    Petitioner

**FILED**

MAY 27 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:05CV01068

JUDGE: Richard W. Roberts

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 05/27/2005

v.

Chairman
United States Parole Commission
Chevy Chase, Maryland 20815

Steven Smith, Warden
D.C. Detention Facility
1901 D Street, S.E.
Washington, D.C. 20003
    Respondent

Petition For Writ of Habeas Corpus

RECEIVED
APR 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
APR 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Come petitioner Curtis E. Crawford

(1)

whom was illegally arrested on March 25, 2005, by United States Marshal on a bogus warrant from the U.S. Parole Commission.

### History

On June 4, 2004, Petitioner Crawford was released from Federal Prison in Petersburg, Virginia, with documents that clear stated that Termination of Supervision was on November 4, 2004. At no time since has the United State Parole Commission given, the Petitioner Crawford any Documentation to the Contrary.

### Violation of Constitutional Right

The Petitioner is held illegally, from a legal release on Mandatory Release from Prison. Petitioner was forced on Parole by the U.S. Parole Commission, against his will and his Human Rights.

## "No Jurisdiction to Take "Street Time""

Since the Petitioner did not of his own accord, agree to placement on Parole. The mere fact that he was forced to participate in Parole, did violate his Constitutional rights and his civil rights. It was akin to Hitler, forcing the Jew's to walk to the Gas Chamber where the result were death.

## Violation of Parole Non-Issue

Petitioner was release on Mandatory Release, which was not a grant to Parole or offer for Parole. But rather a release from Prison, due to Statutory law that allowed un supervision Parole until full term of Sentence, and created not instand for reprisonment other that new conviction.

4.

## Relief Sought

1. Court Order Termination of Supervision
2. Court Order Release from unlawful Confinement
3. Court Order Release to Personal Recognizance Pending adjudication of Claim
4. Court Order Writ of Habeas Corpus

Respectfully Submitted

Curtis E. Crawford

## Certification of Service

I Certify That a True Copy was Forwarded to the Court Clerk on This 30 day of March 2005 and Request That Clerk Forward a Copy of Same to the United States Attorney Office.

Respectfully Submitted

Curtis E. Crawford