UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CURTIS E. CRAWFORD,           )
                              )
      Petitioner,          )
                              )
    v.                      )     Civil Action No. 05-1068 (RWR)
                              )
STEVEN SMITH,                 )
                              )
      Respondent.          )

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 14th day of June 2005,

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden and the United States Attorney for the District of Columbia. It is further

ORDERED that the United States Parole Board Chevy Chase Maryland is dismissed as a party-respondent inasmuch as petitioner's warden, Steven Smith, is the only proper respondent to this *habeas corpus* petition. *See Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998).

                                            /s/
                                RICHARD W. ROBERTS
                                United States District Judge