United States District Court
For The District of Columbia

Curtis E. Crawford
Reg 10620-007
DCDC 169-884
1901 E Street, S.E.
Washington, D.C. 20003
                    Petitioner,

        v.

Fred Figueroa, Warden
1901 E. Street, S.E.
Washington, D.C. 20003
and

C. Mitchell, U.S. Parole Commissioner
U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815
                    Respondent(s)

Civil Action No. 05-1068-Roberts

Emergency Motion For Release Pending
Writ of Habeas Corpus; Motion For Writ
of Habeas Corpus Pursuant to 42 U.S.C.
§ 2241 - 2255

RECEIVED
JUN 8 2005   History
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUN 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2.

Petitioner Curtis E. Crawford was Released From Petersburg Federal Medium Prison on June 4, 2004, with no Parole Supervision. See Exhibit #1 Arrow The Petitioner Release Paper's Stated That his Supervision Termination date of November 4, 2004, and Release Paper's Stated Full Term Release date November 4, 2004. See Exhibit #2 Arrow which is Signed by "BSOSA Personnel."

On March 10, 2005 a Parole Violator's Warrant was issued, and Petitioner Crawford was Arrested on March 25, 2005.

On March 29, 2005 U.S. Parole Commission Examiner McLean held a Probable Cause hearing without a Parole Record, and Petitioner Told her That He was not suppose to be on Parole Supervision. McLean claimed That She was going to Review Petitioner's Parole File, and Order Petitioner's Release when She found documentation. Then She violated Petitioner's Due process Rights by scheduling a Revocation Hearing outside the sixty (60) day Required by law.

BP-S714.056 **NOTICE OF RELEASE AND ARRIVAL**    CDFRM
APR 03
**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

| Inmate Name<br><br>Crawford, Curtis E. | Reg No.: ___10620-007___<br>FBI No.: ___334057G___<br>___:___<br>(Misc No.) | Institution/Address<br>FCC Petersburg-Medium<br>P.O. Box 90042<br>Petersburg, VA 23804 |
|---|---|---|

| Release Date: June 4, 2004 | Release Method: Mandatory Release |
|---|---|

| Public Law Days<br>N/A | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision)<br>_____ YES<br>_XX_ NO |
|---|---|

### RELEASED TO: (Check one)

| __X__ Community<br><br>Transportation arranged to: Washington, VA<br>      (City and State)<br>Method of transportation: Greyhound Bus<br>    (Name of common carrier or other)<br>Date of expected arrival at residence: 06-04-2004 | _N/A_ Detainer<br><br>Detaining Agency: _____<br>_____<br>Agency Address: _____<br>_____<br>_____ |
|---|---|

### SUPERVISION JURISDICTION(s)

| Sentencing District<br>Chief/Director: Sharon Barnes Durbin<br>Supervision Agency: USPO<br>District: District of Columbia<br>Address: 300 Indiana Avenue<br>NW Suite 2149<br>Washington, DC 20001<br>Phone: (202) 585-7427 | District of Residence (for relocation cases)<br>Chief/Director: _____<br>Supervision Agency: _____<br>District: _____<br>Address: _____<br><br>Phone: ( ) _____ |
|---|---|

| Address of<br>proposed residence: | Emory House (Shelter)<br>1725 Lincoln Road<br>NE Washington, DC 20002 | |
|---|---|---|

### DNA STATUS

| DNA sample required:<br>XX YES    NO | If YES date sample taken<br>11-07-2003 | DNA Number<br>PEM00145 |
|---|---|---|

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

| Inmate's Signature (file copy only)<br><br>Inmate refuse to sign   E. Wilkins |
|---|

Distribution:      Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

(This form may be replicated via WP)        This form replaces BP-S714 dtd FEB 02

 

**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*
*Investigations, Diagnostics, and Evaluations Branch*

*Ex. 2*

Date: _____ 5/27/04

## REPORTING INSTRUCTION SHEET

| NAME: | Curtis Crawford |
|---|---|
| DCDC #: | 174-337 /69-884 |
| REGISTER #: | 10620-007 |

| DATE OF RELEASE: | June 4, 2004 Mandatory Release |
|---|---|
| FULL TERM RELEASE: | November 4, 2004 |
| INSTITUTION: | FCC Petersburg, Medium |

| ADDRESS: | 1725 Lincoln Road, NE<br>Washington, DC 20002 |
|---|---|
| PHONE | (202) 635-1041 |

| TYPE OF CASE | *Faith Based Initiative*<br>**X** *General Supervision*<br>*Domestic Violence*<br>*Mental Health*<br>*SAINT/HIDTA*<br>*Sex Offender* |
|---|---|

*You are instructed to report to the following address immediately upon release:*

**PAROLE DATA MANAGEMENT UNIT – Team 45**
**300 Indiana Avenue NW, Room 2149**
**Washington, DC, 20001**
**(202) 585-7395**

**COMMENTS:** _____ Following your release, IMMEDIATELY report to the office
indicated above.

_____ 5/27/04

**Offender Signature/Date**        **CSOSA Personnel/Date**

*300 Indiana Avenue, NW, 2010, Washington, DC 20001*
*Voice: (202) 585-7427  Fax: (202) 585-7363*

BP-S522.051 **SUPERVISION RELEASE PLAN** CDFRM
SEP 99

## U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Institution Name: FCC Petersburg, Medium<br>Address: Federal Correctional Complex<br>P.O.Box 90043<br>Petersburg, Virginia 23804<br>Phone Number: (804)504-7200 ext.1609 | Date: May 18, 2004 |

Federal Bureau of Prisons
U. S. Department of Justice
Washington, D.C.

← Ex #3

Gentlemen:

Under the law I become eligible for RELEASE
   _ Supervised Release
   _ Parole
   x Mandatory Release
on   June 4, 2004 .
     (date)

In accordance therewith I submit the following as my plans for the service of the remainder of my sentence under supervision. Pursuant to my sentence, I must report in person to the United States Probation Office within 72 hours of my release.
(Type or Print)

**RESIDENCE**
   Address: Emory House, 1725 Lincoln Road, North East Washington D.C. 20002

   With Whom:

   Relationship:

   Telephone Number (if available): (202)635-1041

**EMPLOYER**
   Name: To be secured upon release

   Address:

   Telephone Number (if available):

   Nature of Business:

| TO BE COMPLETED BY INSTITUTION STAFF | |
|---|---|
| SENTENCING DISTRICT | District of Columbia Superior Court |
| DETAINERS | None |
| SPECIAL CONDITIONS | See Conditions of Supervised Release |
| REMARKS | Please advise if this plan is acceptable. |

| | | |
|---|---|---|
| Printed Name and Signature of Inmate:<br>Curtis Crawford  Inmate refuse to sign E. Wilson / G. Power | | Register No.<br>10620-007 |
| Witness (Case Manager) Printed Name and Signature:<br>Cornell Prince II | | Date:<br>May 18, 2004 |
| Review (Unit Manager) Printed Name and Signature:<br>C. Simon | | Date:<br>May 18, 2004 |

This form is to be completed by all individuals subject to supervision by the U.S. Probation Office. This includes Supervised Release, Parole, Mandatory Release, Mandatory Release to Special Parole, Special Parole and Court Designated Parole.
Record Copy - Institution; Copy - U.S. Probation Office; Copy - Inmate

(This form may be replicated via WP)

This form replaces BP-S522 DTD SEP 95

RECEIVED
JUN 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.

On June 1, 2005 a Revocation Hearing was held by the U.S. Parole Commission, it was discovered that CSO Nacre Williams had Tooken From The Petitioner Crawford's Parole File a Document That Clearly stated That Termination of Supervision date of November 4, 2004.

## Unfair and dishonest Treatment

The Petitioner Crawford was held on Parole Supervision while his Release Paper's Clearly and Convincingly Showed That he was Released to Non-Supervision, Petitioner was denied Due Process of Law and Tooken Advantage Solely Because he was in The Custody of The U.S. Parole Commission.

## Disparity of Treatment

There is no other case in which the U.S. Parole Commission has Treated as Petitioner, and he is being Treated Adversely solely because he is a Black male in the District of Columbia.

## Denial of Equal Protection under Law

Petitioner Constitutional Rights have been Violated

4.

by U.S. Parole Commission, application of
special Treatment in his case outside of their
Rules and Regulation

<u>Release Warranted</u>

Petitioner has Proven That he is entitle to Release,
where controversity exist as to his confinement
and Petitioner can demonstrate That he is/has
been held in custody under False Pretenses.
If not For The Repeated illegal Actions of the
U.S. Parole Commission, the Petitioner would not
be in Custody.

Petitioner seek Emergency Relief From the
Court, whereby he can obtain Documents to
support his claim That his Parole Supervision
Terminated on November 4, 2004.

<u>Habeas Corpus Warranted</u>

The U.S. Parole Commission is attempting to
Perpetuate Petitioner Sentence, by application
of Parole violation where the Petitioner was
not on supervision. The Petitioner a victem
of being Forced on Parole Through mandatory

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
JUN 16 2005
RECEIVED

5.

Release and being improperly placed on Supervision to contrary to his Release Papers.

## ARGUMENT

It is undisputable fact that Petitioner was Release on Mandatory Release on June 4, 2004, with Release Papers that clearly and convincingly show no Parole Supervision. See: Ex #1 Further it is Equally undisputed that Petitioner Crawford Fixed a Termination of Supervision date of November 4, 2004 and "Full Term Release" date of November 4, 2004. See: Ex #2.

These Documents were sign and approved by the U.S. Parole Commission, prior to the Mandatory Release of Petitioner Curtis E. Crawford.

Yet the Petitioner Crawford was held on Supervision very improperly, and contrary to Rule and Regulation of the U.S. Parole Commission for unconstitutional Reasons and denied Due Process.

## Relief Sought

1.) Emergency Court order to show cause

2.) Emergency Court order issued to Release Petitioner Curtis E. Crawford Pending Habeas Corpus

3.) Court order for Declarative Judgment

Respectfully Submitted,

Curtis E. Crawford

## Certification of Service

I certify under Penalty of Perjury, that a true copy has been forwarded to the Clerk of U.S. District Court for the District of Columbia on this 14 days of June 2005. I request that Clerk forward a stamp dated copy of this motion to the U.S. Attorney Office and all other parties as acknowledgement of receipt.

## Certification of Truth

I certify that all the above statements are true and correct, under Penalty of Perjury in Pursuant to 42 U.S.C. § 1746 on this 14 day of June, 2005

Respectfully Submitted,

Curtis E. Crawford