UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS E. CRAWFORD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES PAROLE BOARD ) <br> CHEVY CHASE MARYLAND, *et al.*, ) <br> ) <br> ) <br> Respondents. ) | Civil Action No. 05-1068 (RWR) |

ORDER

Pending before the Court are petitioner's motions for the appointment of counsel and for his release pending resolution of the petition for a writ of *habeas corpus*. Petitioner appears to seek appointed counsel to represent him in proceedings separate from this case. To the extent that he does, this Court lacks jurisdiction to make such an appointment. To the extent petitioner seeks counsel to represent him in this case, the Court, having considered the factors for appointing counsel under Local Civil Rule 83.11, finds an appointment unwarranted at this time. As for his request for release, petitioner has presented no grounds to compel his release before his habeas petition is heard. Accordingly, it is

ORDERED that petitioner's motions for counsel and his release [## 4, 5] are DENIED.

                                                                /s/
                                     RICHARD W. ROBERTS
                                     United States District Judge

DATE: July 18, 2005