UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Curtis E. Crawford,
         Petitioner,

v.                                    Case No. 05-1068 (RWR)

Steven Smith,
         Respondent(s)

## MOTION TO COMPELL RELEASE AS A MATTER OF LAW

### DISCUSSION

The respondents do not have any prima facie evidence, that can and will show cause or reason for the Petitioner Curtis E. Crawford was jailed on a Parole Violator Warrant for Supervision, when his Supervision terminated on November 4, 2004. The Petitioner ask the Court for his immediate release, due to error's by the Respondent(s) and conflicting Full Term Release dates. The improper Revoking of Mandatory Release, to cover-up the improper action of CSOSA flawing my case can not be disputed.

### REMEDY SOUGHT

1. Court Order Issued directing respondents to immediately release and reinstate the Petitioner.

2. Court Order Issued Directing Petitioner release be unsupervised, as stated on his Mandatory Release Paper's.

Respectfully Submitted,

Curtis E. Crawford
DCDC#169-884
Reg. 10620-007
1901 E Street, S.E.
Washington, D.C. 20003

NOTICE OF RELEASE AND ARRIVAL

U.S. DEPARTMENT OF JUSTICE                                         FEDERAL BUREAU OF PRISONS

| Inmate Name  Crawford, Curtis E. | Reg No.: 10620-007  FBI No.: 334057G  (Misc No.) | Institution/Address  FCC Petersburg-Medium  P.O. Box 90042  Petersburg, VA 23804 |
|---|---|---|

| Release Date: June 4, 2004 | Release Method: Mandatory Release |
|---|---|

| Public Law Days  N/A | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision)  ___ YES  XX NO |
|---|---|

**RELEASED TO:** (Check one)

| X Community  Transportation arranged to: Washington, VA  (City and State)  Method of transportation: Greyhound Bus  (Name of common carrier or other)  Date of expected arrival at residence: 06-04-2004 | N/A Detainer  Detaining Agency: _____  Agency Address: _____ |
|---|---|

**SUPERVISION JURISDICTION(s)**

| Sentencing District  Chief/Director: Sharon Barnes Durbin  Supervision Agency: USPO  District: District of Columbia  Address: 300 Indiana Avenue  NW Suite 2149  Washington, DC 20001  Phone: (202)585-7427 | District of Residence (for relocation cases)  Chief/Director: _____  Supervision Agency: _____  District: _____  Address: _____  Phone: ( ) _____ |
|---|---|

Address of proposed residence: Emory House (Shelter)  1725 Lincoln Road  NE Washington, DC 20002

**DNA STATUS**

| DNA sample required:  XX YES    NO | If YES date sample taken  11-07-2003 | DNA Number  PEM00145 |
|---|---|---|

Obligation to Report for Supervision: If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)  
Inmate refuse to sign  E. Wilcos

Distribution:  Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

(This form may be replicated via WP)                              This form replaces BP-S714 dtd FEB 02



Court Services and Offender Supervision Agency
for the District of Columbia
Community Supervision Services
Investigations, Diagnostics, and Evaluations Branch

Ex. 2

Date: _____5/27/04_____

## REPORTING INSTRUCTION SHEET

| NAME: | Curtis Crawford |
|---|---|
| DCDC #: | ~~174-337~~ 169-884 |
| REGISTER #: | 10620-007 |
| | |
| DATE OF RELEASE: | June 4, 2004 Mandatory Release |
| FULL TERM RELEASE: | November 4, 2004 |
| INSTITUTION: | FCC Petersburg, Medium |
| | |
| ADDRESS: | 1725 Lincoln Road, NE |
| | Washington, DC 20002 |
| PHONE | (202) 635-1041 |

| TYPE OF CASE | Faith Based Initiative |
|---|---|
| | X  General Supervision |
| | Domestic Violence |
| | Mental Health |
| | SAINT/HIDTA |
| | Sex Offender |

*You are instructed to report to the following address immediately upon release:*

**PAROLE DATA MANAGEMENT UNIT – Team 45**
300 Indiana Avenue NW, Room 2149
Washington, DC, 20001
(202) 585-7395

COMMENTS: _____Following your release, **IMMEDIATELY** report to the office indicated above._____

_____    _____Nicole Daniels_____ 5/27/04
Offender Signature/Date              CSOSA Personnel/Date

BP-S522.051 **SUPERVISION RELEASE PLAN CDFRM**
SEP 99
U.S. DEPARTMENT OF JUSTICE                                                FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Institution Name: FCC Petersburg, Medium<br>Address: Federal Correctional Complex<br>         P.O. Box 90043<br>         Petersburg, Virginia 23804<br>Phone Number: (804)504-7200 ext.1609 | Date: May 18, 2004 |

Federal Bureau of Prisons
U. S. Department of Justice
Washington, D.C.

Gentlemen:

                                                                                \_ Supervised Release
Under the law I become eligible for RELEASE        \_ Parole          on   June 4, 2004.
                                                                              X Mandatory Release           (date)

In accordance therewith I submit the following as my plans for the service of the remainder of my sentence
under supervision. Pursuant to my sentence, I must report in person to the United States Probation Office
within 72 hours of my release.
(Type or Print)

**RESIDENCE**
    Address: Emory House, 1725 Lincoln Road, North East Washington D.C. 20002

    With Whom:

    Relationship:

    Telephone Number (if available): (202)635-1041

**EMPLOYER**
    Name: To be secured upon release

    Address:

    Telephone Number (if available):

    Nature of Business:

| TO BE COMPLETED BY INSTITUTION STAFF ||
|---|---|
| SENTENCING DISTRICT | District of Columbia Superior Court |
| DETAINERS | None |
| SPECIAL CONDITIONS | See Conditions of Supervised Release |
| REMARKS | Please advise if this plan is acceptable. |

| | |
|---|---|
| Printed Name and Signature of Inmate:<br>Curtis Crawford    Inmate refuse to sign  E. Wilson/C. _____ | Register No.<br>10620-007 |
| Witness (Case Manager) Printed Name and Signature:<br>Cornell Prince II | Date:<br>May 18, 2004 |
| Review (Unit Manager) Printed Name and Signature:<br>C. Simon | Date:<br>May 18, 2004 |

This form is to be completed by all individuals subject to supervision by the U.S. Probation Office. This
includes Supervised Release, Parole, Mandatory Release, Mandatory Release to Special Parole, Special Parole
and Court Designated Parole.
Record Copy - Institution; Copy - U.S. Probation Office; Copy - Inmate

(This form may be replicated via WP)                                      This form replaces BP-S522 DTD SEP 95

(2.)

CERTIFICATION OF SERVICE

I certify that I have forwarded a true copy of this Motion to the Clerk of This United State District Court and the Office of the United States Attorney for the District of Columbia, 555 4th Street, N.W.., Washington, D.C. 20001 on this 20th day of July 2005 via prepaid prison mailing...

Respectfully Submitted,

Curtis E. Crawford
DCDC# 169-884
Reg. #10620-007
1901 E Street, S.E.
Washington, D.C. 20003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CURTIS E. CRAWFORD,
    PETITIONER,

V.

_Steven Smith_,
    RESPONDENT(s)

CASE No. 05-1068 (RWR)

ORDER DISCHARGING PETITIONER FORM CUSTODY

A Petition for writ of habeas corpus having been filed pursuant to 28 U.S.C. §2241 by the petitioner, Curtis E. Crawford, a writ of habeas corpus having been issued by this court, an answer of respondent, U.S. Attorney for the District of Columbia having been duly filed. a hearing having been [ had or denied] thereon to inquire into the lawfulness of petitioner's custody; and on due deliberation, the decision of this court having been had and filed on_____,20____, and on all the papers and proceeding had herein, it is now.

    ORDERED that petitioner, being unlawfull restrained of liberty by respondent, be, and hereby is discharged from the respondent's custody.
Dated_____, 200____

UNITED STATES DISTRICT JUDGE

_____