**Exhibit A**

JUDGMENT AND COMMITMENT  Rev. 2-631                          CO-150
                                                             New. 10/71

# United States District Court
## DISTRICT OF COLUMBIA

169884

United States of America

v.                              Criminal
                                No. 1226-71

CURTIS E. CRAWFORD

FILED

MAY 12 1972

JAMES F. DAVEY, Clerk

On this 12th day of May, 19 72 came the attorney for the government and the defendant appeared in person and by his counsel, Leroy Nesbitt, Esquire.

It Is Adjudged that the defendant upon his plea of guilty and the Court being satisfied there is a factual basis for the plea.
has been convicted of the offense of

LESSER INCLUDED OFFENSE OF SECOND DEGREE MURDER

( 22 D. C. CODE 2403)

as charged under count one
and the court having asked the defendant whether he has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

It Is Adjudged that the defendant is guilty as charged and convicted.

It Is Adjudged that the defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

THREE (3) YEARS TO TWENTY (20) YEARS, SAID SENTENCE TO RUN CONCURRENT

WITH ANY SENTENCE NOW BEING SERVED.

IT IS ORDERED THAT THE REMAINING COUNTS ARE HEREBY DISMISSED.