**Exhibit B**

## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
### FACE SHEET No. 2

Date Prepared (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 16980- | CRAWFORD, CURTIS | | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | 29 | | D.C. |

TOTAL SENT: 12 to 36 MOS; LESS 297 DAYS

| | | | |
|---|---|---|---|
| Offense | ASSAULT | ASSAULT | DES. PROPERTY |
| Case Number | 950-80C | 950-80D | 950-80E |
| Sentence (Yrs., Mos., Days) | 4 to 12 MOS. | 4 to 12 MOS (CONS) | 4 to 12 MOS (CONS) |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 12-22-80 | 12-22-80 | 12-22-80 |
| Full Term Date (Mo., Da., Yr.) | (NEW SENT) | | 2-27-83 |
| Short Term / M R. Date (Mo., Da., Yr.) | | | 6-20-82 |
| Parole Eligibility Date (Mo., Da., Yr.) | Detainer? | | 2-27-81 |
| Max. Supervision Date (Mo., Da., Yr.) | | | 8-31-82 |
| Statutory Good Time Rate / Month | | | 252 DAYS |
| Plea | NOT GUILTY | NOT GUILTY | NOT GUILTY |
| Committing Judge | MOULTRIE | MOULTRIE | MOULTRIE |
| Defense Attorney | | | |
| Initialed By: | JWC | JWC | JWC |

### DETAINERS

| Date Filed | For | Action |
|---|---|---|
| | | |
| | | |

### CONDUCT CREDITS

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |

### JAIL CREDIT DATES

| From and Including | To and Including |
|---|---|
| 2-29-80 | 12-21-80 = 297 DAYS |

### REMARKS

PINK COPY TO ADP