**Exhibit C**

INMATE'S          CERTIFICATE OF MANDATORY PAROLE OR MANDATORY RELEASE
COPY
_____

U.S. Department of Justice
United States Parole Commission

CERTIFICATE OF MANDATORY PAROLE OR MANDATORY RELEASE
District of Columbia Code Offender

It is certified that Curtis Crawford, Register No. 10620-007, (DCDC No. 169-884), now confined in Federal Correctional Complex Petersburg-Medium is entitled to good time deductions from the maximum term of sentence imposed as provided by law, and is hereby released from this institution under this sentence on June 4, 2004. This inmate was released by the undersigned according to Title 24 of the District of Columbia Code, Chapter 4, Subchapter I and implementing regulations. Upon release, the above-named person is to remain under the jurisdiction of the United States Parole Commission, as if on parole, under the conditions set forth on the reverse side of this certificate, and is subject to such conditions until and including:

    If Offense Committed On Or After April 11, 1987] _____ .
    (release is via Mandatory Parole)    (full term date)

[or]

X    If Offense Committed Before April 11, 1987]   05-03-2006 _____ .
    (release is via Mandatory Release)    (full term date minus 180 days)

Said prisoner is to reside within the District of Columbia and to remain within the limits of the **Washington, D.C. Metropolitan Area** (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia) until and including the date the United States Parole Commission's jurisdiction terminates, as described above. The inmate is to report for supervision to [the District of Columbia, Court Services and Offenders Supervision Agency (CSOSA), Parole Supervision Services Division, 300 Indiana Avenue, N.W., Suite 2134, Washington, D.C. 20001] or [specify].

**Acknowledgement of Release Conditions:**
I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof. I fully understand them and know that if I violate any of these conditions, I may be recommitted.

**Consent to the Disclosure of Drug/Alcohol Treatment Information:**
By signing this certificate, I consent to the unrestricted communication between any treatment facility administering a drug or alcohol treatment program in which I am, or will be participating, and the Parole Supervision Services Division. I further consent to the disclosure by such facility to the Parole Supervision Services Division of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of supervision.

| Inmate Signature X | Register No. 10620-007 |
|---|---|
| Witnessed: Name and Title<br>X | Date<br>X May 19, 2004 |

The above-named person was released on the 04 day of June, 2004 with a total of 698 days remaining to be served to his full term date or 180 day date as indicated above.

_____
Gary Powers, CCS Chief Executive Officer

This CERTIFICATE will become effective on the day of release indicated above. If the release fails to comply with any of the conditions listed on the attached page, the releasee may be summoned to a hearing or retaken on a warrant and reimprisoned pending a hearing to determine if the release should be revoked.

2

## CONDITIONS OF RELEASE

1. You shall go directly to the district named in the certificate (unless released to the custody of other authorities). Within three days after your release, you shall report to the supervision office named on the certificate. If in any emergency you are unable to get in touch with the supervision office, you shall communicate with the United States Parole Commission, Chevy Chase, Maryland 20815-7286.
2. If you are released to the custody of other authorities, and after release from the physical custody of such authorities, you are unable to report to the supervision office within three days, you shall report instead to the nearest U.S. Probation Officer.
3. You shall not leave the geographic limits fixed by the certificate of release without written permission from your Supervision Officer.
4. You shall make a complete and truthful written report (on a form provided for that purpose) to your Supervision Officer between the first and third day of each month, and on the final day of supervision. You shall also report to your Supervision Officer at other times as your Supervision Officer directs, providing complete and truthful information.
5. You shall not violate any law. You shall not associate with persons engaged in criminal activity. You shall get in touch within 2 days with your Supervision Officer if you are arrested or questioned by a law-enforcement officer.
6. You shall not associate with persons who have a criminal record without the permission of your Supervision Officer.
7. You shall not enter into any agreement to act as an informer or special agent for any law-enforcement agency without permission from your Supervision Officer.
8. You shall work regularly unless excused by your Supervision Officer, and support your legal dependents, if any, to the best of your ability. You shall report within 2 days to your Supervision Officer any changes in employment. You shall notify your Supervision Officer within 2 days of any change in your place of residence.
9. You shall not drink alcoholic beverages to excess. You shall not purchase, possess, sell, manufacture, use, or distribute any controlled substance or drug paraphernalia unless such usage is pursuant to a lawful order of a practitioner and you promptly notify your Supervision Officer of same. You shall not frequent places where such drugs are illegally sold, dispensed, used or given away.
10. You shall not own, possess, use, sell, or have under your control any firearm, ammunition, or other dangerous weapons.
11. You shall permit visits by your Supervision Officer to your residence and to your place of business or occupation. You shall permit confiscation by your Supervision Officer of any materials which the officer believes may constitute contraband in your possession and which he observes in plain view of your residence, place of business or occupation, vehicle(s), or on your person. The Commission may also, when a reasonable basis for so doing is presented, modify the conditions of supervision to require you to permit the Supervision Officer to conduct searches and seizures of concealed contraband on your person, and in any building, vehicle, or other area under your control, at such times as the Supervision Officer shall decide.
12. You shall make a diligent effort to satisfy any fine, restitution order, court costs or assessment, and/or court ordered child support or alimony payment that has been, or may be, imposed, and shall provide such financial information as may be requested, by your Supervision Officer, relevant to the payment of the obligation. If unable to pay the obligation in one sum, you will cooperate with your Supervision Officer in establishing an installment payment schedule.
13. You shall be screened for the presence of controlled substances by appropriate tests as may be required by your Supervision Officer.
14. You shall cooperate fully with those responsible for your supervision. You shall carry out the instructions of your Supervision Officer and report as directed, knowing that failure to do so may be sufficient to cause your return to the institution.
15. If released to the District of Columbia, you shall submit to the sanctions imposed by your Supervision Officer (within the limits established by the approved Schedule of Accountability Through Graduated Sanctions), if the Supervision Officer finds that you have tested positive for illegal drugs or that you have committed any non-criminal violation of the release conditions. Graduated sanctions may include community service, curfew with electronic monitoring, and/or a period of time in a community treatment center.
16. If you have been convicted of any sexual offense under District of Columbia or federal law (including the Uniform Code of Military Justice), you must report for registration with your state (including the District of Columbia) sex offender registration agency as directed by your required to report for registration in any state (including the District work, attend school, or pursue any vocation. You must be registered in co applies to current or prior federal, state, or local convictions for sexua with 42 U.S.C. § 14072(i) (which makes it a federal crime for any offende not to register in accordance with state law). If there is any question a required to register, you must seek and follow the guidance of your Super

**You shall also abide by the below listed special condition(s) as indicated:**

|  |
|---|
|  |

The Parole Commission may add to, modify, or delete any condition of release at any time.
Information concerning a releasee under the supervision of the Parole Supervision Services Division may be disclosed to a person or persons who may be exposed to harm through contact with that particular releasee if such disclosure is deemed to be reasonably necessary to give notice that such danger exists. Information concerning a releasee may be released to a law enforcement agency as required for the protection of the public or the enforcement of the conditions of the release.

```
5H    PAR4D  540*23  *        SENTENCE MONITORING        *    06-21-2005
 PAGE 001           *          COMPUTATION DATA          *    10:39:41
                                AS OF 06-04-2004

REGNO..: 10620-007 NAME: CRAWFORD, CURTIS E


FBI NO............: 334057G          DATE OF BIRTH:              )
ARS1..............: PEM/MAND REL
UNIT..............:                  QUARTERS.....:
DETAINERS.........: NO               NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 12-04-2003

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-04-2004 VIA MAND REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: CC-1226-71
JUDGE...........................: EASON
DATE SENTENCED/PROBATION IMPOSED: 05-12-1972
DATE WARRANT ISSUED.............: 02-05-1999
DATE WARRANT EXECUTED...........: 02-11-1999
DATE COMMITTED..................: 08-04-2000
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  621
OFF/CHG: 22-2403, 2ND DEGREE MURDER

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    20 YEARS
 NEW SENTENCE IMPOSED...........: 2645 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 04-30-1971




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4D  540*23 *        SENTENCE MONITORING          *     06-21-2005
PAGE 002 OF 002 *              COMPUTATION DATA             *       10:39:41
                               AS OF 06-04-2004

REGNO..: 10620-007 NAME: CRAWFORD, CURTIS E


------------------------PRIOR COMPUTATION NO: 010 -----------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-31-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 02-11-1999
TOTAL TERM IN EFFECT............: 2645 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    7 YEARS      2 MONTHS      29 DAYS
EARLIEST DATE OF OFFENSE........: 04-30-1971

JAIL CREDIT.....................:  FROM DATE      THRU DATE
                                   02-05-1999     02-10-1999

TOTAL JAIL CREDIT TIME..........: 6
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 695
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 06-07-2004
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 11-04-2005
EXPIRATION FULL TERM DATE.......: 05-03-2006

NEXT PAROLE HEARING DATE........: 06-00-2004
TYPE OF HEARING.................: SIH/CTE

ACTUAL SATISFACTION DATE........: 06-04-2004
ACTUAL SATISFACTION METHOD......: MAND REL
ACTUAL SATISFACTION FACILITY....: PEM
ACTUAL SATISFACTION KEYED BY....: LFB

DAYS REMAINING..................: 698
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: COMP RE-CERTIFIED BY THE DC RECORDS CENTER ON 09-12-2003
                10% DATE 12-04-2003




S0039       ALL CURRENT COMPS ARE SATISFIED
```