**Exhibit F**

# D.C. PROBABLE CAUSE HEARING DIGEST

Name................................: **Crawford, Curtis**          Date Warrant Executed.: **3·25·05**

Reg. No. .........................: **10620-007**              Hearing Date ........: **3·29·05**

Type of Release ............:**MR**                    Examiner...............: **McLean**

Full Term Date When Warrant Issued..: **11/4/2005**    Supervision Officer: **Nacre Williams**

---

**Attorney at Probable Cause Hearing:**

[X] PDS       [ ] Other       [ ] None

Name _Vincent Haskell_

Address _PDS/DC_

_____

Phone _____

**Attorney Representing Subject at Revocation Hearing:**

[X] PDS       [ ] Other       [ ] Unknown

Name _Vincent Haskell_

Address _PDS/DC_

_____

Phone _____

---

**I. Items Advised** *(Check that the subject has been advised of the following two rights):*

[X] Advised of Right to a Probable Cause Hearing    [X] Advised of Right to Attorney

---

**II. Reason For Not Conducting Probable Cause Hearing**
 *(If Probable Cause Hearing not conducted, indicate the reason):*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

   [ ] At Request of Attorney/Prisoner       [ ] Prisoner Unavailable

   [ ] Other Reason:_____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

---

## III. Review of Charges:

**Charge No. 1 - Use of Dangerous and Habit Forming Drugs**

[ ] ADMITS        [X] DENIES

The Subject's Response:  No Comment

[X] **Probable Cause Found.** After considering the violation report dated 3/8/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

**Charge No. 2 - Failure to Comply with Graduated Sanctions**

[ ] ADMITS        [X] DENIES

The Subject's Response:  No Comment

[X] **Probable Cause Found.** After considering the violation report dated 3/8/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

Crawford, Curtis
Reg. No. 10620-007    DCDC No. 169-884

[ ] No Probable Cause Found

Charge No. 3 - Failure to Comply with Graduated Sanctions

[ ] ADMITS    [X] DENIES

The Subject's Response: No Comment

[X] **Probable Cause Found.** After considering the violation report dated 3/8/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

Charge No. 4 - Failure to Report to Supervising Officer as Directed

[ ] ADMITS    [X] DENIES

The Subject's Response: No Comment

Crawford, Curtis
Reg. No. 10620-007    DCDC No. 169-884

[✓] **Probable Cause Found.** After considering the violation report dated 3/8/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 4. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

**Charge No. 5 - Failure to Comply with Graduated Sanctions**

[ ] ADMITS        [✓] DENIES

The Subject's Response: No Comment

[✓] **Probable Cause Found.** After considering the violation report dated 3/8/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 5. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

Crawford, Curtis
Reg. No. 10620-007    DCDC No. 169-884

## IV. Additional Charges:

_____
_____
_____
_____

## V. Outcome of Probable Cause Hearing:

[X] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

    [ ] **Reinstate** to Supervision or   [ ] **Close Case** *(If expiration date has passed)*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

    [ ] **Summon** to revocation hearing or   [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer
Name: Nacre Williams
Status: _X_ Approved          ____ Not Approved          ____ Pending Further Review

## VII. Adverse Witnesses Requested by Subject:

Name: _CSO Spivey_____

Address: _____

Phone No. _____

**Crawford, Curtis**
Reg. No. 10620-007    DCDC No. 169-884

Status: [ ] Denied at PC Hearing  [✓] Approved at PC Hearing  [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing  [ ] Approved at PC Hearing  [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing  [ ] Approved at PC Hearing  [ ] Pending Further Review

Reason for Denial:_____

_____

**VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:**

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

Crawford, Curtis
Reg. No. 10620-007    DCDC No. 169-884

IX.  **Revocation Hearing:**

[✓] Local Revocation or     [ ] Combined Probable Cause/Local Revocation on:
Location: [✓] CTF  [ ] DC Jail   Date: 6/1/05    Time: [✓] am  [ ] pm
[ ] Other at _____

_____

[ ] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

**May Qualify for an Expedited Offer:**   [ ] No   [✓] Yes  (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.   [ ] No   [✓] Yes

_____ C Haskell _____       3/29/05
       *Attorney/Prisoner*                         *Date*

**Additional Text:**
Subj. Request Release pending Summons to Revocation Hrg. — Re: Subj. — Employed "CVS" as Night Stocker, Wash. DC; has Stable Residence; No Criminal Activity in over 20 yrs. —
— Per △ placed in Sex Off. Unit w/ No explanation for the in this Supervision Placement.

_____ Donna A. McC _____       3/29/05
           *Examiner*                               *Date*

**Disclosure Documents:** Warrant dated 3/10/05, Warrant Application dated 3/10/05, Supplemental Warrant Application dated n/a (only if applicable), Violation Report dated 3/8/05 with attachments, MR Certificate dated 5/19/04, Pre-Sentence Report

I acknowledge having received the above disclosure documents and a copy of this document.

_____ C Haskell _____       3/29/05
       *Attorney/Prisoner*                         *Date*

Crawford, Curtis
Reg. No. 10620-007    DCDC No. 169-884

| U.S. DEPARTMENT OF JUSTICE | Probable Cause and Revocation |
|---|---|
| United States Parole Commission | Hearing Form for D.C. Code Parolees or Releasees |
| Chevy Chase, MD 20815 | Arrested in the District of Columbia |

# PART ONE

*Instructions:* This part is to be completed at the initial visit of the hearing examiner following the arrest of an alleged parole, mandatory release, or supervised release violator within the District of Columbia on a warrant issued by the United States Parole Commission. The following explanation of the Commission's procedure and the alleged violator's legal rights must be read and acknowledged by the parolee or releasee, and a copy provided to him.

### Notice of Procedural Rights – Probable Cause Hearing

As an alleged parole, mandatory release, or supervised release violator who has not been convicted of a criminal offense committed while under supervision, you shall be given a probable cause hearing within five days of your arrest on a violator warrant. The purpose of the hearing is to determine whether probable cause exists for the charged violations. At this hearing, each charge on the warrant application will be read to you, and you will be apprised of the information supporting those charges. You will be asked to admit or deny each charge and you may explain or clarify your admission or denial to the hearing examiner.

You may be represented at your probable cause hearing by an attorney. If you cannot pay for the services of an attorney and desire legal assistance, you may request the D.C. Public Defender Service to assign an attorney to represent you at your probable cause hearing. The hearing examiner will furnish you with a request form, and will send it to the Public Defender Service. If you waive representation by an attorney at your probable cause hearing, you may, at the conclusion of the hearing or no later than 15 days prior to a revocation hearing, complete the form to request assignment of an attorney by the Public Defender Service.

You may present the testimony of voluntary witnesses and documentary evidence in defense of the charges against you. If you deny violating the conditions of release and have not been convicted of a crime while on release, you may request the presence of adverse witnesses, i.e., those persons who have given evidence that you violated your conditions of release, and question those witnesses at the hearing, unless good cause is found to deny the appearance of such witnesses.

At the conclusion of the hearing, the examiner will determine whether probable cause exists for the charge(s). If no probable cause is found for all charges, the examiner will order your release from custody on the violator warrant. If probable cause is found for any charge, you will remain in custody and the examiner will set the date for a local revocation hearing if you qualify for such a hearing (as opposed to a revocation hearing at a federal institution). Notwithstanding a finding of probable cause, the hearing examiner may recommend your release pending a revocation hearing or recommend your release because revocation proceedings should be terminated. In such cases, a Parole Commissioner will make the decision on your continued incarceration.

*OPPORTUNITY TO REQUEST POSTPONEMENT OF PROBABLE CAUSE HEARING.* The probable cause hearing will be held at this time unless you request postponement of the hearing in order to request representation by an attorney and/or the appearance of a witness. If you desire the presence of a voluntary witness at the probable cause hearing (or a

subsequent revocation hearing), you are responsible for the attendance of the witness at the appropriate time and place. When a hearing is postponed to obtain witnesses, the Commission usually orders a combined probable cause and local revocation hearing.

> I have read (*or had read to me*) the above explanation of the Commission's probable cause procedure, and I fully understand my legal rights under that procedure. (*Initial one of the choices below:*)
>
> (A) ( ✓ ) I WISH TO PROCEED WITH MY PROBABLE CAUSE HEARING AT THIS TIME.
>
> (B) (   ) I REQUEST A POSTPONEMENT OF MY PROBABLE CAUSE HEARING IN ORDER TO OBTAIN AN ATTORNEY AND/OR WITNESS(ES).

_____                             3/29/05
(Signature of Parolee or Releasee)                    (Date)

## PART TWO

*Instructions:* This part is to be completed at the conclusion of the probable cause hearing. The explanation below must be read and acknowledged by the alleged violator, and a copy provided to him.

### Notice of Procedural Rights – Revocation Hearing

***OPPORTUNITY TO REQUEST A LOCAL OR INSTITUTIONAL REVOCATION HEARING.*** The Commission will order an institutional revocation hearing unless you request, by completing this form, a local revocation hearing. An institutional revocation hearing may be held in the District of Columbia or in any federal prison to which you are transferred following the finding of probable cause. The Commission will grant a request for a local revocation hearing if both of the following conditions are met: (a) you were not convicted of an offense while under supervision, and (b) you deny all of the charges against you. In other cases, the Commission will only order a local revocation hearing if it finds good cause to do so.

In support of any request for a local revocation hearing, you should indicate any witnesses you plan to present at the revocation hearing and any adverse witnesses you wish to appear. Such adverse witnesses will be presented unless good cause is found to deny your request for their appearance. In addition, you may, prior to a local revocation hearing, request that the Commission require the attendance under subpoena of favorable witnesses who have refused to appear voluntarily. Such request will be granted provided you are able to show that the appearance of such favorable witnesses is necessary to the proper disposition of your case and that their testimony cannot be obtained by other means. If the Commission orders an institutional revocation hearing, this will not alter your right to be represented by an attorney, or to present voluntary witnesses or documentary evidence. However, the Commission will not request the presence of adverse or other witnesses at an institutional revocation hearing.

If the Commission orders a local revocation hearing, such hearing will be held within sixty days of the probable cause finding. If the Commission orders an institutional revocation hearing, such hearing will be held within ninety days of the date you were retaken on the Commission's warrant. If you request postponements of revocation proceedings or take actions which delay such proceedings, these time limits may be extended.

*Initial one of the alternatives below:*

(   ) I REQUEST AN INSTITUTIONAL REVOCATION HEARING IF I AM NOT ORDERED RELEASED BY THE COMMISSION. I UNDERSTAND THAT I MAY BE TRANSFERRED TO A FEDERAL PRISON IF AN INSTITUTIONAL REVOCATION HEARING IS ORDERED.

( ✓ ) I REQUEST A LOCAL REVOCATION HEARING IF I AM NOT ORDERED RELEASED BY THE COMMISSION. MY REASONS FOR REQUESTING A LOCAL HEARING ARE AS FOLLOWS:

_____   _____
(Signature of Parolee or Releasee)       (Signature of Hearing Examiner)

3/29/05                                          3/29/05
_____   _____
(Date)                                                  (Date)