UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS CRAWFORD, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| v. ) | Civil Action No. 05-1068 (RWR) |
| ) | |
| STEVEN SMITH, ) | |
| ) | |
| RESPONDENT. ) | |

<u>ORDER</u>

Upon consideration of petitioner's habeas petition, the U.S. Parole Commission and respondent Steven Smith's response thereto, and the record herein, it is this ___ day of _____, 2005, hereby,

ORDERED: that the Court's June 14, 2005, Order to Show Cause is hereby discharged against respondent Smith, and it is,

FURTHER ORDERED: that petitioner's habeas petition is hereby denied.

_____
U.S. District Court Judge

Copy to:

Mr. Curtis Crawford, DCDC #169-884
1901 E Street, S.E.
Washington, DC 20003