UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS E. CRAWFORD, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE BOARD )<br>CHEVY CHASE MARYLAND, *et al.*, )<br>)<br>)<br>Respondents. )<br>) | Civil Action No. 05-1068 (RWR) |

ORDER

Before the Court is respondents' answer to the Order to Show Cause why the writ of *habeas corpus* should not issue. Because the response could potentially dispose of this case, petitioner will be provided time to reply. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988). It is hereby

ORDERED that petitioner shall file his reply to respondents' answer to the show cause order no later than **September 16, 2005**. If petitioner does not respond by that date, the Court will treat the respondents' assertions as conceded and may summarily deny the petition for a writ of *habeas corpus*.

　　　　　　　　　　　　　　　　　　　　　　/s
　　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS
DATE:  August 16, 2005　　　　　　　United States District Judge