UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CURTIS E. CRAWFORD,** | * | |
| Petitioner, | * | |
| | * | Civil No. 05-1068 (RWR) |
| v. | * | |
| | * | |
| **STEVEN SMITH,** | * | |
| Respondent. | * | |
| | * | |
| | * | |

## NOTICE OF FILING - CORRECTED CERTIFICATE OF SERVICE

     The United States Parole Commission, by and through its counsel, the United States Attorney for the District of Columbia, recently was notified by receipt of returned mail that the petitioner has been moved from the D.C. Jail to the Beckley Federal Correctional Institution in West Virginia.  Hence, a copy of this Corrected Certificate of Service and of the United States Parole Commission's Response to Petitioner's Petition for Writ of Habeas Corpus will be mailed to petitioner at his new address.

                                                   Respectfully submitted,

                                                   KENNETH L. WAINSTEIN
                                                   United States Attorney
                                                   D.C. Bar Number 451-058

                                                   ROBERT D. OKUN
                                                   Assistant United States Attorney
                                                   Chief, Special Proceedings Section
                                                   D.C. Bar Number 457-078

                                                   _____
                                                   MARGARET J. CHRISS
                                                   Assistant United States Attorney
                                                   D.C. Bar Number 452-403
                                                   555 4th Street, N.W.
                                                   Washington, D.C.  20530
                                                   (202) 307-0874

**CERTIFICATE OF SERVICE**

_____I hereby certify that this 31st day of August, 2005, I caused a copy of the foregoing Corrected Certificate of Service and a copy of the United States Parole Commission's Response to Petitioner's Petition for Writ of Habeas Corpus to be served, via first-class mail, to:

Curtis Crawford
Fed. Reg. # 10620-007
FCI Beckley
P.O. Box 350
Beaver, WV 25813

_____
Assistant United States Attorney