UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CURTIS, E. CRAWFORD,
           PETITIONER,

V.                                          CIVIL No. 05-1068(RWR)

STEVEN SMITH,
           RESPONDENT,

Petitioner's response to the Respondent

### EXHAUSTED ADMINISSTRATIVE REMEDIES

The Petitioner Crawford did in fact exhaust his administrative Remedies, and the National Board of Appeal for the U.S. Parole Commission did not reply in the time limit of the law. See. 28 C.F.R. §2.26

### NO GROUNDS FOR RELIEF

The Respondennts have not presented any grounds for relief, and the exhibits of the petitioner crawford do clearly show that he is entitle to Relief.

### RESPONDENTS HAD PETITIONER SHIPPED tTTTTTO BECKLEY FCI TO PROVENNT HIM FROM REPRESENTING HIMSELF IN THIS CASE, WHERE HE IS WITHOUT ATTORNEY.

The Respondent knew or should have known the Prison Officials at Beckley FCI, created conditions that imposed on inmates ablility to communicate with the courts, and hard for innmate to obaain equipment to communicate with the Court. There is overt racismm here, and petitioner is denied medical treatment to hamper him ability to communicate with the court.

### Petitioner never signed Parole Certificate

Respondent are lying to the Court, and knew that the Case Manag Manager at Petersburg signed the Petitioner name after he had ref refused to sd sign the same. This can be proven by review of the Petitioner Prisonn record and the record of the U.s. Burear of Priisons.

### XXXXXXXXXX   ALL RELEASE PAPER WERE APPROVED

All the Petitioner release were approved by the U.S. Parole Commission prior to his release, and any error and comfusion in the paper workk was the intent of the U.S. Parole Commission. Petitioner received a document that clearly stated his full term was November 4, 2004, and the when release on June 4, 2004 that no supervision was imposed. If any error was made it was made by the U.S. Parole Commission and not the Petitioner.

### IMPROPERLY HELD IN SEX OFFENDER UNIT

The Petitioner hhd no special conditions for Mandatory Releas yet he was improperly and illegally held in Sex Offender Unit and Order to xxxxxxxx receive treatment outside the rules and regulation of the U.S. Parole Commission. This iiis undisputed, and the respondent can not denyyyyy it.

### ARGUMENT

The respondent have not presented any evidence for relief, and all actual evidence will show that the Petitioner was in fact a victem of abuse by the U.S. Parole Commission and had his "Street Time" tooken improperly and his Mandatory Release revokked to cover=up for the unlawful treatment of placing him in a Sex Offender Unit in violation of the Law for the District of Columbia and the federal law.

3.

## RELIEF SOUGHT

1. Court Issued Order granting PETITIONER RELEASE

2. Court Issued Order Granting the Petitioner in alternate a Court Appointed Attorney, if Court do not honor the request for release.

3. Court Issued OOrder Granting the Petitioner Bond pending the appeal of any adverse Order not granting him release in this case.

4. Court Issued Order Granting Release pending Appeal to the U.S. Court of Appeals.

Respectfully Submitt

Curtis E. Crawford

## Certifcation of Service

I Certiify that a true copy of tis motion has been mailed to the Clerk of the U.S. District Court for the District of Columbi on this __6th__ day of __September,__ 20005. I request that the Clerk of this Court, will furnish the U.S. Attorney Office with a copy of this motion.

Respectfully Submitted,

Curtis E. Crawford