United States District Court
For The District of Columbia

Leave to file
GRANTED.

Muhbut
U.S. D. J.
9-30-05

Curtis E. Crawford,
        Petitioner,

        V.

Steven Smith,
        Respondent

Civil No. 05-1068 (RWR)

The Petitioner's Motion for writ of Coram Judice Hearing, to discuss violation of 13th Amendment Eight by Penalise and Policy of Respondent. Motion to Amend Complaint to include The violation of 13th Amendment of The United States Constitution in Habeas Corpus.

## History/Discussion

When The United States Congress, issued Act to Abolish The United States Parole Commission, to Complete "Truth in Sentence"

2.

it Therefore Acknowledged The ERROR in PAROLE System.

Yet The United States Congress did Act in ERROR, by not Addressing The Similarity of The Activities of The U.S. Parole Commission And its Profound Violation of The 13th Amendment of The United States Constitution That Prohibits Slavery and Conduct Similar or Akin to Slavery.

The Exception in The U.S. Constitution 13th Amendment, would Allow The Government To work an inmate without Pay or benifit Similar to That of A Slave. But was Not design to Keep an inmate in Bondage or Servitude, beyond Sentence or to Take Away credit For days in Custody.

Slavery Imposed

3.

The Taking of "Street Time" and "Good Time", where it was earned against a sentence, is equal to that of a slave not receiving credit for his release against the work in which he had done for his master.

The Petitioner Curtis E. Crawford has been under the custody of the United States Attorney General since day of sentence, yet is like a slave he has been discredit "Street Time", and "Good Time" in violation of his 13th Amendment Rights under the Constitution of the United States.

In past court in Crawford v. Jackson, 323 F.3d 123 (D.C. Cir. 2003) failed to cure problem, and used false evidence of (2) Two positive urines and unsworn police report that was based upon hearsay. This further ment of slavery, in that the court failed to consider the 13th Amendment of the United States Constitution as avenue for Habeas Corpus Release.

## Constitutional Violation

As The United State Congress and United States Senate did not Concern its self with Lynching in The United States of America, because it was viewed as a State Problem Rather Than A Federal Government Problem. Here The Problem is both State and Federal Civil Right Law.

Parole was not design to Lengthy Sentence, But as an additional Tool For Rehabilitation and Reintergration into Society. This Primiso has been Vacuumed out, and Replaced with Policy and Practises That enslave and Prolong Sentence unconstitutional Through Public Deception.

The United States Parole Commission has acted to enslave Petitioner Crawford, and Violate his Constitutional Rights under The 13th Amendment by Taking "Street Time" and "Good Time earned" to Lengthy Time in

5.

Custody of United States Attorney
General or Lengthy Sentence Akin to
Slavery.

## Day is not Discredit except for Slavery

Each Day has A value, and is Represented As A Time Period. The Government has Allow the United States Parole Commission to devalue a day Spend on Sentence and/or under The Custody of U.S. Attorney General in the Same Light as hitler devalued day's of Jews in Germarky. The Taking of "Street Time" and "Earned Good Time" is Slavery That has devalued a day For the Purpose of instituting Slavery as prescribed in the United States Constitution under the 13th Amendment.

6.

## Legal Sentence

A legal Sentence is design to have a Starting Point, and a designated Ending Point. There is not statute in Law, That States That a Sentence will be Prolonged outside, That which has been issued by the Court by Judge, Verdict, and/or Plea Bargining.

The U.S. Parole Commission has Prolificated Sentence by adopting Policy and Practise, That Prolong Sentence to the Point That it Represents a Form of Slavery.

## Usage of Preponderance of Evidence.

This Concept Allows Parole Officials to enslave a Parolee/Releasee, on a Assumation without Actual Evidence in Fact. This is a Slavery Tool, That should have been unconstitutional under 13th Amendment.

7.

It Allows Parole Officials to send/ Return Petitioner to Prison, where there was no Evidence that he committed a Crime and no Conviction by any Court. Hence Parole Officials are Allow to act like God, Hitler, and Slave Master, to Control Slavery and enslave Petitioner with/white Prolonging his Sentence. UnConstitutional in violation of the 13th Amendment.

<u>Abolishment of U.S. Parole Commission</u>

The Current operation of the United States Parole Commission is a Miscarriage to Justice, because it Sole survival is on the backs of D.C. Code Offender convicted of Felony. The very life Blood of the U.S. Parole System, depend upon their Revoking and Denying Parole, Mandatory Release, Supervised Release and etc. Yet the Federal Government is Paying for a Service that is no Longer Needed,

8.

because of Agencies in Place that can do the same Job with less and without affixing a slavery environment upon society. In the Petitioner's case the D.C. Court Services and Offender Supervision Agency could have Resolved Mandatory Release issue, but the U.S. Parole Commission Complicate issues by the issuing of two different Mandatory Release Full Term dates.

The Petitioner can never expect a fair and Honest Hearing by the U.S. Parole Commission, because it has to Revoke His Mandatory Release to suffice its own existence since the U.S. Congress has Abolished it as an Department, Agency, and etc.

If not for the default of the District of Columbia Government, the U.S. Parole Commission's door would have been closed. Now to Attempt to ensure its

9.

existence, the United States Parole Commission
has to manipulate the law so it advantage
and place inmates such as Petitioner
Crawford under slavery like conditions.
and this is done through violation of the
13th Amendment of the Constitution of the
United States. This is by False Severity
Rating, and Point Scoring Systems that
are Purposely Rigged to Perpetual the
goal of Systematic Slavery of inmates
such as Petitioner Crawford.

ARGUMENT

1. It is undisputable that the
Petitioners 13th Amendment Rights
under the Constitution of the United
States.

2. The 13th Amendment of the United
States Constitution did Abolish Slavery,
except for Prisoner's working. It also
Abolished Slavery by usage of Public
Law, to Create Slavery under Color of

Government such as the United States Parole Commission, The United States Congress ERROR, by not addressing the effect of the 13th Amendment upon Parole through the Government.

3. It is undisputable that the U.S. Parole Commission have violated the Petitioner Curtis B. Crawfords Constitutional Rights by usage of Tactic, Policy, Regulation that are akin and are Manifested Slavery Presumificated.

4. It is unconstitutional and in Violation of 13th Amendment of U.S. Constitution to take "Street Time", "Earned Good Time", and/or devalue or discredit any day indulect a Prisoner, Resident, inmate, Parolee, Mandatory Releasee, and otherwise Person held against his will and Freewill in the Custody of the United States Attorney General.

11.

5. It's undisputable That The U.S. Parole Commission, would be Closed if not For the District of Columbia Government Revitalization Act. Nor is it disputable That The U.S. Parole Commission action are designed to Violate The 13th Amendment and endure illegal Slavery in Violation to The United States Law.

6. It is a Fact That Petitioner Curtis E. Crawford has been held in servitude, Slavery by usage of Sentence beyond Period in which has been imposed by The United States District Court For The District of Columbia. While under The Custody, Controll, and Supervision of The United States Attorney General. Further That it has been Accomplished Through usage of Parole System unfairly.

<u>Relief Sought</u>

1. Court Order issued Granting open Court Hearing In Case

2. Court Order issued Granting adoption of included Amended Complaint of 13th Amendment Violation

12

3. Court order issued. Granting Habeas Corpus

4. Court order issued Granting Expiration of Petitioner's Curtis E. Crawford Sentence

5. Court order issued Granting Declaratory Judgment

Respectfully Submitted

Curtis E. Crawford

Certification of Service

I certify under Penalty of Perjury, that I have Forwarded a True Copy of This Motion to the Clerk, U.S. District Court For The District of Columbia via Postal Service on This 13th day of September, 2005. I Request That Clerk to Provide Stamp dated File Copy to The U.S. Attorney Office For The District of Columbia

Respectfully Submitted

Curtis E. Crawford