UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS E. CRAWFORD, | ) |
|       Petitioner, | ) |
|       v. | )  Civil Action No. 05-1068 (RWR) |
| UNITED STATES PAROLE BOARD CHEVY CHASE MARYLAND, *et al.*, | ) |
|       Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Order to Show Cause [Dkt. No. 3] is DISCHARGED; it is further

ORDERED that the petition for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; it is further

ORDERED that all pending motions [Dkt. Nos. 15, 16] are DENIED; it is further

ORDERED that this case is DISMISSED.  This is a final appealable Order.

                                                                                             _____s/_____
                                                                                          RICHARD W. ROBERTS
DATE: September 18, 2006                        United States District Judge